## RICKIE SIBBITT,
*Appellant,*

*v.*

## Sharon BLACKETTER,
Superintendent,
Eastern Oregon Correctional Institution,
*Respondent.*

CV05-0861; A129751

134 P3d 1003

James N. Varner argued the cause and filed the brief for appellant.

Jennifer S. Lloyd, Attorney-in-Charge, Collateral Remedies and Capital Appeals, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Armstrong and Ortega, Judges.

PER CURIAM

Affirmed. *See Lutz v. Hill,* 205 Or App 252, 134 P3d 1003 (2006).